IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:21-CR-17 (MAD) |
| | ) | |
| **v.** | ) | Government's Sentencing Memorandum |
| | ) | |
| **LAKSHMIKANTH SRIPURAM,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

The United States of America, by and through its counsel of record, the United States

Attorney for the Northern District of New York, hereby files its sentencing memorandum.

## I.        Introduction

On March 5, 2021, the defendant pled guilty pursuant to a plea agreement to conspiracy to

commit wire fraud, in violation of Title 18, United States Code, Sections 1349 and 1343.  The

defendant is scheduled to be sentenced on August 15, 2024.

## II.        Applicable Statutory and Guidelines Provisions

The maximum penalties include: 20 years imprisonment; a $250,000 fine; three years of

supervised release; a $100 special assessment; and restitution.[1] It is the government's position that

the total offense level is 14 and the criminal history category is I.[2]

## III.        Government's Sentencing Recommendation

Based on all the information before the Court, the government respectfully requests that

the Court sentence the defendant within the guidelines and order restitution to the Office of the

---

[1] The government anticipates a restitution request and will forward the same to the Probation
Department and the defendant as soon as it is received.

[2] The U.S. Probation Department indicated the PSR will be revised and is expected to reflect this
calculation based on a change to the loss amount in the plea agreement for purposes of the
guidelines only, pursuant to Application Note 3(E) to section 2B1.1.

State Comptroller. The sentence that the government recommends here is sufficient, but not greater than necessary to comply with the sentencing purposes set forth in 18 U.S.C. § 3553(a)(2).

The defendant and Coconspirator-1 used Coconspirator-1's position to steal money from New York State.  The defendant and Coconspirator-1 worked together to falsify the experience and references for several contract programmers who were ultimately hired to work on a project for New York State because they supposedly had experience with the software program Oracle. The defendant participated in this scheme because it benefitted him.  Coconspirator-1 used his position to ensure that the contractor programmers were paid more than their true qualifications warranted.  At best, the contract programmers were minimally qualified and at worse they were totally unqualified.  But they were paid as though they had significant experience because of the defendant and his Coconspirators' efforts to falsify their experience and to prepare them for interview for the positions.  By ensuring that the contract programmers were paid at higher rates than they should have been, the defendant and Coconspirator-1 were able to keep some of the profits.

Based on the PSR, the defendant is fluent in three languages, has never had any substance abuse or mental health issues, grew up in a stable family, runs a business, and owns his own home with his wife.  In short, the defendant had no reason to participate in this conduct other than his own enrichment. A sentence within the guidelines range is warranted.  It will promote respect for the law, provide just punishment, and deter the defendant and others from committing such crimes.

Respectfully submitted this
31st day of July 2024

CARLA B. FREEDMAN
United States Attorney

By:   */s/ Katherine Kopita*
      Katherine Kopita
      Assistant United States Attorney
      Bar Roll No. 517944

# CERTIFICATE OF SERVICE

I hereby certify on July 31, 2024 I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel for the defendant.

*/S/ Katherine Kopita*

3